Application for Compensation

Itemized Fees

Shakeema Lewis

Case No. 19-13894

| Date | Work Performed | Hours |
|---|---|---|
| 5/5/19 | Meet w. Debtor ("D") re tax sale/bankruptcy | .6 |
| 5/6/19 | Review 2015 BK filing; provide document list to Debtor | .8 |
| 5/10/19 | t/c D re BK filing, document list | .4 |
| 5/15/19 | Meet D re BK filing/multiple inherited properties; intake, incomplete need additional info | 1.3 |
| 5/15/19 | Request title reports (4 properties); T/C J Miles re CMAs, possible commercial property? Vacant property?; pull l/t records, rental license records, tax records, violations, judgments | 1.4 |
| 5/20/19 | t/c D re doc status | .3 |
| 6/16/19 | t/c D re filing | .1 |
| 6/17/19 | t/c D re filing | .2 |
| 06/18/2019 | Meet w. D re emergency filing; complete intake; organize documents; review title reports; t/c J Miles re valuations for 3 property only, 4th not D name | 2.4 |
| 06/19/2019 | File emergency BK; confirm matrix | .4 |
| 6/27/19 | Prepare petition; review documents | 1.6 |
| 6/28/19 | Review petition w. D; provide update list | .5 |
| 6/30/19 | t/c D re petition review | .3 |
| 7/2/19 | Review documents; review petition w. D | 1 |
| 07/03/2019 | Finalize petition & file | .5 |
| 08/22/2019 | Review file, t/c D re paystubs; upload & review paystubs | .5 |

| | | |
|---|---|---|
| 08/23/2019 | t/c W Craig re car payments; t/c D re Honda CRV payments, claim not her vehicle | .6 |
| 08/26/2019 | Review & forward MFR to D re vehicle; claim step-dad car; requested proof; letter to D re MFR/trustee payments | .5 |
| 08/27/2019 | Review file; upload & review paystubs; t/c D re review petition | .8 |
| 08/28/2019 | Attending 341 meeting; include travel/wait | 3.2 |
| 09/05/2019 | Review objection; letter to D re f/u 341 info | .3 |
| 9/8/19 | t/c D re Motion for Relief ("MFR") & consequences | .4 |
| 9/10/19 | v/m D re MFR | 0 |
| 9/15/19 | t/c D re MFR | .3 |
| 9/20/19 | t/c B Craig re MFR; proof of ownership? | .4 |
| 9/22/19 | t/c D re MFR | .2 |
| 09/23/2019 | t/c B Craig re no objection; CNR to be filed | .2 |
| 09/24/2019 | t/c D re MFR granted; status of POCs/proof of statute of limitations? | .3 |
| 11/13/19 | Letter to D re status of 341 docs; review file | .4 |
| 12/15/2019 | Review file; file PCC; letter to D re 341 status, POC status; request continuance of confirmation/provide trustee update | .6 |
| 12/17/2019 | Letter to D re payments, 341 docs, mail POCs | .3 |
| 12/19/2019 | Letter to D re M to Dismiss for failure to make payments; | .2 |
| 02/10/2020 | Letter to D re payments/case status/341 docs; review file | .4 |
| 02/18/2020 | Attend hearing on motion to dismiss; t/c D re payment | .5 |
| 4/1/20 | Letter to D re payment/case status | .2 |
| 04/28/2020 | Call-in hearing; v/m D; review file | .6 |
| 5/5/20 | v/m D | .1 |
| 5/5/20 | Letter to D | .1 |

| | | |
|---|---|---|
| 6/1/20 | v/m D; letter to D | .1 |
| 7/6/20 | t/c D re case almost dismissed, need to call-in | .4 |
| 07/07/2020 | Call-in court w. Debto | .4 |
| 07/27/2020 | Prepare & file Objection to Claim Number 2, 3, 5, discovery; amend plan; meet w. D | 1.8 |
| 08/24/2020 | t/c D re objection, continued; need add'l info re honda signature | .3 |
| 09/14/2020 | Email trustee re continuance of confirmation; review file | .4 |
| 09/15/2020 | Review and attend hearing on objection to POCs, inc wait time | .9 |
| 11/23/2020 | Review file; email trustee re continuance | .5 |
| 01/26/2021 | Review file; call-in court | .5 |
| 1/28/21 | Review objection, letter to D | .2 |
| 2/10/21 | v/m D | .1 |
| 3/22/21 | t/c D re amend plan; review claims; amend plan; file objection 1; discovery; | 1.6 |
| 03/23/2021 | Amended Chapter 13 Plan | .1 |
| 03/23/2021 | Review email Terry Wall | .1 |
| 03/23/2021 | Call-in | .3 |
| 03/31/2021 | Review response to objection poc 1; forward proof of signature | .3 |
| 04/26/2021 | t/c B Craig re hearing; email J Raneri re continuance | .4 |
| 05/20/2021 | Request continuance of MTD; email exchange B Craig re discovery | .4 |
| 05/24/2021 | Confirm confirmation continued | .1 |
| 06/01/2021 | Attend hearing on obj to claim no 1, request continuance; review discovery | .4 |
| 7/1/21 | t/c B Craig re objection 1; review info from Penndot/Creditor w. Craig & Debtor; received bank statements for 2018, confirm payment | 1.6 |
| 7/6/21 | t/c B Craig re. police report | .4 |
| 07/20/2021 | Call-in confirmation; request continuance | .4 |

| | | |
|---|---|---|
| 07/20/2021 | Review discovery; t/c Debtor re bank statements/contracts | .5 |
| 8/5/21 | Email B Craig re no settlement | .2 |
| 08/09/2021 | File praecipe to w/draw objection no 1; t/c D | .3 |
| 09/21/2021 | Call in confirmation; held for judge | .5 |
| 09/27/2021 | Amend voluntary petition; t/c J Miles re updated property values | .4 |
| 10/01/2021 | letter to D re Ken west new trustee | .1 |
| | | |
| 10/18/21 | v/m D | .1 |
| 10/18/2021 | Review payment history, file proposed order reserving jurisdiction | .3 |
| 10/18/2021 | t/c D re staying in BK; review POCs/Amend Plan; I/J; amend A/B; t/c J Miles | 1.4 |
| 10/19/2021 | Call-in hearing; review file; letter to D | .7 |
| 12/07/2021 | Call-in hearing; plan confirmed | .6 |
| 07/26/2022 | Letter to D re M to Dismiss | .1 |
| 08/08/2022 | Review docket; 341 wrong; contract Eddy | .3 |
| 11/20/22 | t/c D re no objection to dismissal; had baby | .3 |
| Total Hours: | | 40.4 |
| Expenses: | | |
| 8/28/19 | Parking -341 meeting | $31.00 |
| | CMAs – Jameel Miles – 1016 Tioga, 1011 Tioga and 3516 Warnock | $760.00 |
| | Title Reports | $180 |
| Total Expenses: | | $971.00 |

Attorney Total Hours:          40.4

Attorney Hourly Rate          $350.00

| | |
|---|---|
| Attorney Total: | $14,140.00 |
| Attorney Expenses: | $971.00 |
| Attorney Grand Total: | $15,111.00 |